ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Meltech Corp., Inc. | ) | ASBCA Nos.    61888, 61889, 61890 |
| | ) | 61891, 61893 |
| | ) | |
| Under Contract No.    N40080-12-R-1012 | ) | |

APPEARANCE FOR THE APPELLANT:         Leonard A. Sacks, Esq.
                                          Leonard A. Sacks & Associations, P.C.
                                          Rockville, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Matthew S. Hawkins, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 12, 2020

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61888, 61889, 61890, 61891, 61893, Appeals of Meltech Corp., Inc., rendered in conformance with the Board's Charter.

Dated:  June 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals